CLESSON Y. CHIKASUYE, KEKOA D. KAAPU,
BEN F. KAITO, EUGENE F. KENNEDY,
GEORGE KOGA, HERMAN G. P. LEMKE,
YOSHIRO NAKAMURA AND MATSUO TAKABUKI
*v.* EILEEN K. LOTA, CLERK OF THE
CITY AND COUNTY OF HONOLULU.

No. 4788.

OCTOBER 10, 1968.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON,
JJ., AND CIRCUIT JUDGE FUKUSHIMA,
ASSIGNED BY REASON OF VACANCY.

*Per Curiam.* The petition for rehearing is denied without argument.

*Hiromu Suzawa,* Deputy Corporation Counsel (*Stanley Ling,* Corporation Counsel, and *T. Bruce Honda,* Deputy Corporation Counsel, with him on the brief), for the petition.